No. 432. LUPPER ET AL. v. ARKANSAS. Supreme Court of Arkansas. Certiorari granted. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III* and *Wiley A. Branton* for petitioners. *Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry,* Assistant Attorney General, for respondent.

No. 869. STANFORD v. TEXAS. 57th Judicial District Court of Texas. Certiorari granted. *Maury Maverick, Jr., John J. McAvoy* and *Melvin L. Wulf* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, and *James E. Barlow* for respondent.

No. 782. UNITED STATES v. VENTRESCA. C. A. 1st Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. *Edward C. Maher* and *Matthew R. McCann* for respondent.

No. 1068. VETERANS OF THE ABRAHAM LINCOLN BRIGADE v. SUBVERSIVE ACTIVITIES CONTROL BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Leonard B. Boudin, Victor Rabinowitz* and *David Rein* for petitioner. *Solicitor General Cox* for respondent.

No. 700, Misc. GRIFFIN v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of California granted. Case transferred to the appellate docket. *Morris Lavine* for petitioner.